■ DONALD J. SHARKEY, Appellant, v JOSEPH LIN-YUN CHOW, M.D., et al., Respondents. (Appeal No. 1.) [922 NYS2d 835]—Appeal from an order of the Supreme Court, Erie County (Christo-

pher J. Burns, J.), entered December 1, 2009 in a medical malpractice action. The order denied the motion of plaintiff to strike defendants' joint answer.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Sharkey v Chow* (84 AD3d 1719 [2011]). Present—Scudder, P.J., Fahey, Carni, Sconiers and Martoche, JJ.